IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QT TRADING, L.P., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-2434 |
| | § | |
| M/V GLOBAL VANGUARD, | § | |
| her engines, tackle, boilers, | § | |
| etc., *in rem*, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket No. 59), the objection thereto (Docket No. 60), and the response to the objection (Docket No. 61), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. Plaintiff's claims against Global Symphony, SA, NYK Global Bulk Corp., Global Symphony *in rem* as Vessel Claimant, and Western Bulk Carriers AS are **DISMISSED** in favor of the arbitration proceeding now pending in London.  Plaintiff's claims against Richardson Stevedoring & Logistics Services, Inc., remain pending before this court.

**SIGNED** at Houston, Texas, this 1st day of May, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE